**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01586-CV

**BRIDGET PARSON, Appellant**

**V.**

**US BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09716**

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is relator's motion for reconsideration. We **DENY** the motion.

/s/    ADA BROWN
        JUSTICE